# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

OLGA A. SAHAN

V.

HOME DEPOT U.S.A., INC.

**SUMMONS IN A CIVIL CASE**

**05 11622 MLW**

CASE NUMBER:

TO: (Name and address of Defendant)

HOME DEPOT U.S.A., INC.
Corporate Headquarters
2445 Paces Ferry Road
Atlanta, GA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nina Joan Kimball, Esq.
KIMBALL BROUSSEAU LLP
One Washington Mall, 14th Floor
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

AUG 04 2005

DATE

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | August 11, 2005 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to _Gail Brown, Fulfillment Specialist for CT Corporation System, Registered_ ~~Duly Authorized~~ Agent for the within-named _Defendant, Home Depot U.S.A., Inc._

Said service was made at: _101 Federal Street, Boston_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 24.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___August 11, 2005___        _[signature] Burton M Malkofsky_
           Date                             Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| ALSO SERVED: | | | $ _____ |
| - CIVIL COVER SHEET | | | $ _____ |
| - CATEGORY SHEET | | | $ _____ |
| - COMPLAINT AND JURY DEMAND | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |