UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

OLGA A. SAHAN,

              Plaintiff,              Civil Action No. 05 11622 MLW

v.

HOME DEPOT USA, INC.,

              Defendant.

---

## NOTICE OF APPEARANCE

The undersigned counsel and law firm hereby notices their appearance on behalf of the Defendant, Home Depot USA, Inc., in the above-referenced matter.

                                            Respectfully submitted,

                                            MORGAN, BROWN & JOY LLP
                                            200 State Street
                                            Boston, Massachusetts 02109
                                            (617) 523-6666

                                            __/s/ Joseph P. McConnell___
                                            Robert P. Joy
                                            BBO # 254820
                                            Joseph P. McConnell
                                            BBO # 566412

Dated:        August 30, 2005

**CERTIFICATE OF SERVICE**

      I certify that I served a copy of the foregoing document by first-class U.S. mail upon counsel for Plaintiff, Justine J. Brousseau, Kimball Brousseau, LLP, One Washington Mall, 14th Floor, Boston, MA 02118, on this 30th day of August, 2005.

                                                 __/s/ Joseph P. McConnell___
                                                 Joseph P. McConnell