UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **OLGA A. SAHAN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>    **Defendant.** | **Civil Action No. 05-11622 MLW** |

**ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(d) and 7(b), Defendant Home Depot, U.S.A., Inc. ("Defendant" or "Home Depot") moves the Court to extend until September 21, 2005, the time to respond to the Complaint of Plaintiff Olga A. Sahan. As grounds for this motion, Defendant states: (1) that it requires additional time to prepare and submit a response to the Complaint; and (2) that counsel for Plaintiff assents to Defendant's request for additional time.

WHEREFORE, the Defendant respectfully requests an extension of time, through and including September 21, 2005, to file its response to the Complaint.

        Respectfully submitted,

        HOME DEPOT, U.S.A., INC.,

        By Its Attorneys,

        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, Massachusetts 02109
        (617) 523-6666


        _/s/ Joseph P. McConnell_____
        Robert P. Joy, Jr. (BBO No. 254820)
        Joseph P. McConnell (BBO No. 566412)

Date: August 30, 2005

**Assented to:**

___/s/ Justine H. Brousseau___
Justine H. Brousseau, (BBO No. 553776)
Kimball Brousseau, LLP
One Washington Mall, 14th Floor
Boston, MA 02108
(617) 367-9449

Attorneys for Plaintiff