

# Kimball Brousseau LLP
Attorneys at Law

Nina Joan Kimball
nkimball@KBattorneys.com

One Washington Mall, 14th Floor
Boston, Massachusetts 02108
Telephone 617.367.9449
Fax 617.367.9468

February 6, 2006

Dennis O'Leary, Court Clerk
United States District Court
1 Courthouse Way
Courtroom #10, 5th Floor
Boston, MA 02210

      RE: **Olga A. Sahan v. Home Depot U.S.A., Inc.**
             **Case No. 05-11622-MLW**

Dear Mr. O'Leary:

    I am writing regarding the status of the above-referenced case that is assigned to Judge Wolf. The complaint in this matter was filed on August 4, 2005, and the Defendant's Answer was filed on September 21, 2005. We have not yet been scheduled to appear for a Rule 16.1 Scheduling Conference in accordance with the Local Rules.

    As it has now been six months since the Complaint was filed, I would like to request that a Scheduling Conference be scheduled at the Court's earliest convenience.

    Your attention to this matter is greatly appreciated. Thank you.

                              Very truly yours,

                              Nina Joan Kimball

NJK/eeh
cc:    Olga A. Sahan