UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                                                 Case No. 05-11622-MLW

| | |
|---|---|
| OLGA A. SAHAN,         ) | |
|     Plaintiff,         ) | |
|                   ) | |
| vs.         ) | |
|                   ) | |
| HOME DEPOT U.S.A., Inc.,         ) | |
|     Defendant.         ) | |

## Plaintiff's Counsel's Rule 16.1 (D)(3) Certification

Pursuant to Local Rule 16.1 (D)(3), counsel for the Plaintiff Olga A. Sahan hereby certifies and affirms that they have conferred with Ms. Sahan with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation and to consider the resolution of the litigation through the use of alternative methods of dispute resolution such as those outlined in Local Rule 16.4.

*This Certification is filed in connection with the parties' Joint Statement pursuant to Local Rule 16.1(D).*

                                                                       Respectfully Submitted,

                                                                       */s/ Nina Joan Kimball*
                                                                       Nina Joan Kimball     BBO #547567
                                                                       Justine H. Brousseau   BBO# 553776
                                                                       Kimball Brousseau LLP
                                                                       One Washington Mall, 14th Floor
                                                                       (617) 367-9449
                                                                       Boston, MA  02108

Dated: November 9, 2005


**Acknowledged by:**


*/s/ Olga A. Sahan*                                       *November 9, 2005*
**Olga A. Sahan, Plaintiff**                           **Dated**

CERTIFICATE OF SERVICE

Certificate of Service in Accordance With Local Rule 5.2(b)

I, Nina Joan Kimball, hereby certify that the above document, PLAINTIFF'S RULE 16.1 (D)(4) CERTIFICATION, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/  *Nina Joan Kimball*
Nina Joan Kimball, Esq.