UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

OLGA A. SAHAN,

                Plaintiff,                Civil Action No. 05 11622 MLW

v.

HOME DEPOT USA, INC.,

                Defendant.

_____

**NOTICE OF APPEARANCE**

Please enter the appearance of Jeffrey S. Siegel on behalf of Defendant, Home Depot USA, Inc., in the above-referenced matter. Defendant will continue to be represented by Robert P. Joy and Joseph P. McConnell of Morgan, Brown & Joy LLP.

                                    Respectfully submitted,

                                    MORGAN, BROWN & JOY LLP
                                    200 State Street
                                    Boston, Massachusetts 02109
                                    (617) 523-6666

                                    __/s/ Jeffrey S. Siegel___
                                    Robert P. Joy
                                    BBO # 254820
                                    Joseph P. McConnell
                                    BBO # 566412
                                    Jeffrey S. Siegel
                                    BBO # 647148

Dated:        May 22, 2006

**CERTIFICATE OF SERVICE**

      I certify that I served a copy of the foregoing document by first-class U.S. mail upon counsel for Plaintiff, Justine J. Brousseau, Kimball Brousseau, LLP, One Washington Mall, 14th Floor, Boston, MA 02118, on this 22nd day of May 2006.

                                                    __/s/ Jeffrey S. Siegel___
                                                    Jeffrey S. Siegel