**MORGAN, BROWN & JOY, LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

JOSEPH P. McCONNELL
Member MA & RI Bars

DIRECT DIAL (617) 788-5053
jmcconnell@morganbrown.com

November 2, 2006

**Via Electronic Filing**

Honorable Mark L. Wolf
Unites States District Court for the
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   <u>Olga A. Sahan v. Home Depot USA, Inc.</u>
      **Civil Action No. 05 11622 MLW**

Dear Chief Judge Wolf:

I am writing in confirmation of the telephone message that plaintiff and defense counsel jointly left with Mr. O'Leary yesterday concerning the settlement status of the above-referenced matter. Mr. O'Leary thereafter requested that we put the substance of our message in writing and to file it with the Court.

Pursuant to the Court's Scheduling Order, the parties have conferred regarding settlement and have jointly concluded that further discovery is necessary before fruitful settlement talks can take place. We have scheduled further depositions through early December and document production, and believe that the matter would be better suited for referral to mediation at some point after mid-December 2006. We continue to diligently prosecute the case and look forward to amicably resolving this matter through negotiated settlement, if possible.

Please contact plaintiff's counsel, Nina Kimball, or me if you have any questions or require any further information.

Very truly yours,

Joseph P. McConnell

JPM/kmc

cc:   Nina Joan Kimball, Esq.