UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**OLGA SAHAN**                                        CIVIL  CASE
                                                     NO. 05-11622-MLW

v.

**HOME DEPOT U.S.A., INC.**

                        **NOTICE OF CANCELLATION/RESCHEDULING**
**WOLF, D.J.**

The **STATUS CONFERENCE** previously scheduled for **APRIL 25, 2007** at **4:00 p.m.**, has been CANCELLED.  It has been RESCHEDULED for **MAY 3, 20078** at **3:30 p.m.**

                                                     SARAH A. THORNTON
                                                     CLERK OF COURT

**April 18, 2007**                    By:   **/s/ Dennis O'Leary**
Date                                        Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]