UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLGA A. SAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-11622-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                                May 7, 2007

As stated at the conference on May 3, 2007, it is hereby ORDERED that:

1. The plaintiff's Motion to Amend Complaint is ALLOWED.

2. By consent of the parties, Counts III, IV, V, and VI of the Amended Complaint (Docket No. 14-2) are DISMISSED.

3. The parties shall, by July 20, 2007, report to the court on the progress of mediation and settlement discussions, and whether the defendant wishes to proceed with a motion for summary judgment.

4. If necessary, the defendant shall, by August 24, 2007, file its motion for summary judgment in the manner required by Local Rule 56.1.  Plaintiff's opposition shall be filed by October 12, 2007.  Any reply shall be filed by October 12, 2007.

5. If necessary, a hearing will be held on November 7, 2007, at 3:00 p.m.


                                          /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE