UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLGA A. SAHAN,              )
                            )
        Plaintiff,          )        CIVIL ACTION
    v.                      )        NO. 05-11622-MLW
                            )
HOME DEPOT U.S.A., INC.,    )
                            )
        Defendant.          )

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE WOLF

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On __July 2, 2007__, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[X]  Settled.  Your clerk should enter a 45-day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

                      / s / Judith Gail Dein
                      Judith Gail Dein, U.S. Magistrate Judge
DATED:  July 3, 2007           ADR Provider