UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLGA A. SAHAN,                    )  | |
|        Plaintiff(s)        )  | |
|                                                    )  | |
| v.                                                 )  | C.A. No.   05-11622-MLW |
|                                                    )  | |
| HOME DEPOT USA. INC.        )  | |
|        Defendant(s)       )  | |

### SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on JULY 3, 2007, by M.J. Dein that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                                By the Court:
                                                                 Sarah A. Thornton, Clerk

July 5, 2007                                          /s/Dennis O'Leary
Date                                                       Deputy Clerk